Beth Ann KELLY

v.

James C. MUELLER, Jr.

Petition of James C. Mueller, Jr. and James C. Mueller, Sr.

Supreme Court of Pennsylvania.

Nov. 1, 2005.

**ORDER**

PER CURIAM.

**AND NOW,** this 1st day of November 2005, the Petition for Allowance of Appeal is granted limited to:

(a) Did the Superior Court err in holding that search and seizure is an available remedy under the Protection from Abuse Act?

COMMONWEALTH of Pennsylvania, Appellee

v.

Carlus GRUNDY, Appellant.

Commonwealth of Pennsylvania, Appellee

v.

Darnel Pigford, Appellant.

Supreme Court of Pennsylvania.

Argued: Oct. 18, 2005.

Decided Nov. 4, 2005.

**ORDER**

PER CURIAM.

Appeals dismissed as having been improvidently granted.